Carcone v Noon (2023 NY Slip Op 01374)

Carcone v Noon

2023 NY Slip Op 01374

Decided on March 17, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 17, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., SMITH, PERADOTTO, BANNISTER, AND OGDEN, JJ.

18 CA 22-00815

[*1]THOMAS E. CARCONE, GERALD ALSANTE, MATT BUTTONSHON, FRANCIS GUARASCIO, WILLIAM MASON, ERIC SPRINGER, AND MARCEL WROBEL, IN THEIR CAPACITY AS MEMBERS OF UTICA PAID FIREMEN'S RELIEF ASSOCIATION OF CITY OF UTICA AND ON BEHALF OF ALL MEMBERS OF UTICA PAID FIREMEN'S RELIEF ASSOCIATION OF CITY OF UTICA, PLAINTIFFS-RESPONDENTS,
v
JAMES NOON, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF UTICA PAID FIREMEN'S RELIEF ASSOCIATION OF CITY OF UTICA AND UTICA PAID FIREMEN'S RELIEF ASSOCIATION OF CITY OF UTICA, DEFENDANTS-APPELLANTS. (APPEAL NO. 2.) 

ZACHARY C. OREN, UTICA (DAVID A. LONGERETTA OF COUNSEL), FOR DEFENDANTS-APPELLANTS.
GLEASON, DUNN, WALSH & O'SHEA, ALBANY (RONALD G. DUNN OF COUNSEL), FOR PLAINTIFFS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Oneida County (Patrick F. MacRae, J.), entered April 13, 2022. The order denied the motion of defendants to dismiss the third amended complaint. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Same memorandum as in Carcone v Noon ([appeal No. 1] — AD3d — [Mar. 17, 2023] [4th Dept 2023]).
Entered: March 17, 2023
Ann Dillon Flynn
Clerk of the Court